Nos. 1286 and 1370. Spears *v.* Spears. June 2, 1947. *Per Curiam:* The appeals are dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. Appellant *pro se. George A. Sutton* for appellee.